Laura J. Baughman
Russell W. Budd
BARON & BUDD, PC
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
lbaughman@baronbudd.com
rbudd@baronbudd.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-DGC <br><br> **SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Ben Levine

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Pennsylvania

5. Plaintiff's//Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Pennsylvania

6. Plaintiff's current state(s) [if more than one Plaintiff]' of residence.

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for the Western District of Pennsylvania

8. Defendants (check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction

   ☒ Diversity of Citizenship

   ☐ Other:

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☒ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

    ☐ Denali® Vena Cava Filter

    ☐ Other:

11. Date of Implementation as to each product:

   6/12/2007

12. Counts in the Master Complaint brought by Plaintiff(s):

   ☒ Count I: Strict Products Liability – Manufacturing Defect
   ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)
   ☒ Count III: Strict Products Liability – Design Defect
   ☒ Count IV: Negligence – Design
   ☒ Count V: Negligence – Manufacture
   ☒ Count VI: Negligence – Failure to Recall/Retrofit
   ☒ Count VII: Negligence – Failure to Warn
   ☒ Count VIII: Negligent Misrepresentation
   ☒ Count IX: Negligence *Per Se*
   ☒ Count X: Breach of Express Warranty
   ☒ Count XI: Breach of Implied Warranty
   ☒ Count XII: Fraudulent Misrepresentation
   ☒ Count XIII: Fraudulent Concealment
   ☒ Count XIV: Violations of Applicable Florida Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
   ☐ Count XV: Loss of Consortium
   ☐ Count XVI: Wrongful Death
   ☐ Count XVII: Survival
   ☒ Punitive Damages
   ☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

-3-

13. Jury Trial demanded for all issues so triable:

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this ___1st_____ day of October, 2018.

**BARON & BUDD, P.C.**

By:  /s/ Laura J. Baughman
Laura J. Baughman
Russell W. Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Facsimile: (214) 520-1181
lbaughman@baronbudd.com
rbudd@baronbudd.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this ___1st____ day of October, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Laura J. Baughman
Laura J. Baughman